UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ANTHONY LEE NELSON,

Defendant.

20 Cr. 3-6 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The change of plea hearing scheduled in this matter for May 4, 2021, at

12:00 p.m. will now occur the same date at **10:00 a.m.**

SO ORDERED.

Dated:     April 15, 2021
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge