Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

August 23, 2021

The Honorable Katherine P Failla
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York



Re: *United States v. Anthony Lee Nelson*
    20 cr 0003

Dear Judge Failla:

    Mr. Nelson's sentencing is scheduled for September 8th at 3:00 PM. Because that date is a Jewish Holiday, I seek an adjournment of Mr. Nelson's sentencing. The Government consents to this request. The parties and the Court are available on October 22, 2021, at 3:30 PM. I respectfully, request the Court grant this request for an adjournment of Mr. Nelson's sentencing until October 22 at 3:30 PM. I thank the Court for its consideration of this request.

Respectfully,
  /s/
Donna R. Newman
Cc: AUSA Alexander Li via email and ECF
    AUSA Thomas Burnett via email and ECF
    Anthony Nelson via email

```
Application GRANTED.  Mr. Nelson's sentencing is ADJOURNED to October
22, 2021, at 3:30 p.m.  The defense sentencing submission shall be
filed on or before October 8, 2021, and the Government's submission
shall be filed on or before October 15, 2021.
```

SO ORDERED.

Dated: August 24, 2021
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE