UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 20 Cr. 3 (KPF) |
| ANTHONY LEE NELSON, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated at the October 22, 2021 telephonic conference (*see* Minute Entry for Oct. 22, 2021), the pretrial release conditions that were initially imposed on Defendant Anthony Lee Nelson on May 8, 2020 (*see* Dkt. #81), are modified to include home incarceration with location monitoring to be selected by the Pretrial Services Office.

SO ORDERED.

Dated:   October 22, 2021
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge