Law Offices of
### Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

December 17, 2021

The Honorable Katherine P Failla
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York



Re: *United States v. Anthony Lee Nelson*
    20 cr 0003

Dear Judge Failla:

     I write to request the Court permit Mr. Nelson to go to the shopping mall with his sister, his daughter, and his daughter's mother on Thursday December 23rd from 3:00 P.M. until 10:00 P.M. He also seeks permission to celebrate Christmas Day with his grandmother who lives in the District of Colombia. His grandmother is elderly and too ill to travel to his home in Virginia. He will travel with his sister and his mother. They plan to leave their home at noon and return home at 8 P.M. Finally, he requests permission to spend New Year's Eve with his family at his Aunt Erica Joyner's home in the District of Colombia. He will leave his home 4:00 P.M. and return home at 11:00 P.M. The exact addresses of the mall, his grandmother's home, and his aunt's home will be provided to Probation.

     On November 2, 2021, Your Honor sentenced Mr. Nelson to a term of 25 months to be followed by 3 years supervised release. Mr. Nelson is due to self-surrender to his designated Bureau of Prisons facility on January 28, 2022. The Court continued his conditions of bond which include home detention and electronic monitoring. Mr. Nelson continues to work at the position he was holding while on pretrial release and is compliant with the terms of his bond. It will mean the world to his family if he can celebrate the holidays with them, particularly since he will be going to jail next month. Understandably, he wants to go Christmas shopping with his daughter and take her to the mall to see Santa Claus.

     United States Probation Officer Cosme advised she does not object to Mr. Nelson's request to go to the mall to do his Christmas Shopping with his daughter and sister, , etc. However, it is her office's policy not to consent to holiday excursions for defendants' whose

conditions of bond include home detention. Assistant United States Attorney Alexander Li has informed me that he takes no position on the above referenced requests for a temporary amendment to Mr. Nelson's conditions of release.

Respectfully submitted,
/s/
Donna R. Newman
Cc: USPO Ashley L. Cosme
 AUSA Alexander Li
 Anthony Nelson via email

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket
entry 303.



Dated:   December 17, 2021          SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE